

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2024

No. 04-23-00920-CV

**IN RE** Todd A. **FOERSTER**, Relator

Original Proceeding[1]

### ORDER

On October 16, 2023, Relator, Todd A. Foerster, filed a petition for writ of mandamus. The court ordered a response from the Real Party in Interest, Diana Prado Keirnan, but none was filed. The court has considered the petition and is of the opinion Relator is entitled to the relief sought.

The Honorable Laura Salinas is ORDERED to vacate the February 2, 2023 order granting the Real Party in Interest's motion for new trial. The Honorable Laura Salinas is further ORDERED to sign a new order that either: (1) specifies her reasons for ordering a new trial in compliance with *United Scaffolding*; or (2) denies the Real Party in Interest's motion for new trial. The writ will issue only if the trial court fails to comply.

It is so **ORDERED** on March 27, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-15201, styled *Diana Prado Keirnan v. Todd A. Foerster*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.